IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.1:01CR420-2 |
| | ) | |
| MICHAEL WILLIAMS, | ) | |
| Defendant. | ) | |

## SATISFACTION OF RESTITUTION

The restitution in the above-entitled case ordered May 30, 2002, in the amount of $334.14, having been satisfied, the Clerk of the United States District Court for the Middle District of North Carolina is hereby authorized and empowered to satisfy and cancel said restitution imposed by the judgment dated May 30, 2002.

This, the 30th of July, 2014.

        Respectfully submitted,

        RIPLEY RAND
        United States Attorney

        /s/ Joan B. Binkley
        Assistant United States Attorney
        NCSB # 18100
        Attorney for Plaintiff
        101 S. Edgeworth Street, 4th Floor
        Greensboro, NC 27401
        Telephone: (336) 333-5351
        E-mail: joan.binkley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                      Plaintiff, )<br>                            )<br>vs.                              )<br>                              )<br>MICHAEL WILLIAMS, )<br>                     Defendant. ) | Case No.1:01CR420-2 |

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, the foregoing Satisfaction of Restitution was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that the document was mailed to the following non-CM/ECF participant:

Michael Williams
[Redacted pursuant to FRCrP 49.1(a)]
Baltimore, MD

                                        Respectfully submitted,

                                        RIPLEY RAND
                                        United States Attorney

                                        /s/ Joan B. Binkley
                                        Assistant United States Attorney
                                        NCSB # 18100
                                        Attorney for Plaintiff
                                        United States Attorney's Office
                                        101 S. Edgeworth Street, 4th Floor
                                        Greensboro, NC 27401
                                        Telephone: (336) 333-5351
                                        E-mail: joan.binkley@usdoj.gov